UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULISA ARTIS, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.                                          Case No. 8:24-cv-2538-JLB-CPT

PLATINUM WEALTH VENTURE, LLC,
d/b/a NEXT LEVEL INSURANCE DIRECT
and DAVID L. POTTER,

    Defendants.
_____/

## **O R D E R**

Before the Court is attorney Justin L. Dees's unopposed motion to withdraw as counsel for Defendants Platinum Wealth Venture, LLC, d/b/a Next Level Insurance Direct (Platinum), and David L. Potter. (Doc. 14). Attorney Dees represents in his motion that circumstances have arisen between himself and the Defendants that render his continued representation of them unreasonably difficult. *Id.* Attorney Dees additionally states that both Defendants, along with the lawyer for Plaintiff Julisa Artis, do not object to his withdrawal request and that he provided each Defendant with more than fourteen days' notice of his intention to withdraw from the action. *Id.*

Based upon the foregoing and after due consideration of the matter, it is hereby ORDERED that attorney Dees's motion (Doc. 14) is granted as follows:

1. Attorney Dees is relieved of any further responsibility in this action, **PROVIDED** that he promptly supplies the Defendants with a copy of this Order.

2. The Clerk of Court is directed to terminate attorney Dees as the Defendants' counsel of record.

3. **No later than April 14, 2025**, the Defendants shall advise the Court as to whether they have retained a new lawyer and, if so, the name, business address, email address, and telephone number of that attorney. In the intervening period and in the absence of the entry of an appearance by successor counsel, the Court shall consider Mr. Potter to be proceeding pro se. On the other hand, the Court reminds Platinum that limited liability companies like Platinum cannot proceed pro se in this Court and must instead be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Platinum is cautioned that a failure to obtain successor counsel may result in a default being entered against it.

4. Until successor counsel files a notice of appearance on the Defendants' behalf, the Clerk of Court and counsel of record shall send all future filings to the Defendants at the below address:

> Platinum Wealth Venture, LLC
> d/b/a Next Level Insurance Direct
> 5418 W. Crenshaw St.
> Tampa, FL 33634
> Email: dave@platinumwealthventure.com
> Phone: (813) 579-1662

5. Nothing in this Order shall be construed as relieving the parties of their respective obligations under any of the Court's prior Orders. In addition, the Defendants are reminded that they must respond to any motion(s) filed by the Plaintiff, including the Plaintiff's pending motion for a default judgment. *See* (Doc. 12). In light of attorney Dees's withdrawal, the Defendants shall have until **April 21, 2025**, to respond to the Plaintiff's motion for a default judgment. The Plaintiff shall promptly serve the Defendants with a copy of this motion at the above address and shall also file a certificate of service on the docket.

SO ORDERED in Tampa, Florida, this 17th day of March 2025.

*Christopher P. Tuite*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record
Platinum Wealth Venture, LLC
Mr. David L. Potter