**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JULISA ARTIS, individually and**
**On behalf of all others similarly situated,**

        **CASE NO.: 8:24-cv-02538-JLB-CPT**

    **Plaintiff,**

**vs**

**PLATINUM WEALTH VENUTRE, LLC,**
**d/b/a NEXT LEVEL INSURANCE DIRECT**
**AND DAVID POTTER**

    **Defendants.**

_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Order Granting Motion to Withdraw, [Doc 15] has been sent by E-Mail to Defendants, PLATINUM WEALTH VENTURE, LLC d/b/a NEXT LEVEL INSURANCE DIRECT and DAVID POTTER at dave@platinumwealthventure.com, on March 17, 2025.

                                              Respectfully submitted,

                                              /s/ *Justin L. Dees*
                                              JUSTIN L. DEES, ESQ.
                                              Fla Bar No. 48033
                                              DEES LEGAL GROUP, PLLC
                                              4532 39th Street
                                              St. Petersburg, FL 33711
                                              Telephone: (813) 360-6743
                                              Primary E-mail: jdees@deeslegal.com
                                              Secondary E-mail: arsdeeslegal@gmail.com



AR S <arsdeeslegal@gmail.com>

## Artis v Platinum Welath Venture // Case No: 8:24-cv-02538

AR S <arsdeeslegal@gmail.com>	Mon, Mar 17, 2025 at 12:27 PM
To: David Potter <dave@platinumwealthventure.com>
Cc: Justin Dees <jdees@deeslegal.com>

Good Afternoon Mr. Potter,

Attached please find the Order Granting Mr. Dees' Motion to Withdraw from the case referenced above.  Please review and note the deadlines.

Thank you,

April Shook
Assistant to Just L. Dees, Esq.
Dees Legal Group, PLLC

📄 **Doc 15 Order Granting MTW.pdf**
167K