UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULISA ARTIS, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.                                                              Case No:   8:24-cv-02538-JLB-CPT

PLATINUM WEALTH VENTURE,
LLC d/b/a NEXT LEVEL
INSURANCE DIRECT and DAVID L.
POTTER,

      Defendants.

_____/

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 35), recommending that Plaintiff's Amended Motion for Default Judgment and Attorney Fees and Costs (Doc. 21) be granted in part and denied in part.  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.   The Report and Recommendation (Doc. 35) is **ADOPTED** and made a part of this Order for all purposes.

2.   Plaintiff's Amended Motion for Default Judgment and Attorney Fees and Costs (Doc. 21) is **GRANTED in part and DENIED in part**.

3.   The Clerk of Court is **DIRECTED** to enter final judgment in favor of Plaintiff and against Defendants in the amount of $11,616 in damages, $10,708.50 in attorneys' fees, and $499.20 in costs.

4.   The Clerk of Court is **DIRECTED** to enter judgment accordingly, deny any pending motions as moot, terminate all deadlines, and close the case.

**ORDERED** in Tampa, Florida, on February 17, 2026.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE